UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| REBECCA MEIER,  )  <br>    Plaintiff,  ) <br> ) <br>    v.  ) <br> ) <br>ANDREW M. SAUL, Commissioner of  ) <br>the Social Security Administration,  ) <br>    Defendant.  ) | CAUSE NO.: 3:18-CV-812-HAB-JEM |

**FINDINGS, REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE PURSUANT TO
28 U.S.C. § 636(b)(1)(B) & (C)**

This matter is before the Court on a Motion for Approval of Attorney Fees Under 42 U.S.C. § 406(b) [DE 255], filed by Plaintiff on November 20, 2020. On December 2, 2020, the Commissioner filed a response.

On April 25, 2019, Judge Holly A. Brady entered an Order [DE 15] referring this matter to the undersigned Magistrate Judge for a report and recommendation on the instant case pursuant to 28 U.S.C. § 636(b)(1)(B). This Report constitutes the undersigned Magistrate Judge's combined proposed findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has jurisdiction over this fee petition pursuant to 42 U.S.C. § 406(b), as this case was remanded for further proceedings on July 15, 2019. Plaintiff prevailed on remand when the Administrative Law Judge issued a favorable decision. On November 5, 2020, the Social Security Administration sent a notice of award of past due benefits indicating that it was awarding benefits from March 2016. Plaintiff represents she was awarded past-due benefits in the amount of $51,910.00 and 25% of the award is $12,977.50, which Plaintiff requests to be used as attorney fees.

1

The Social Security Act allows for a reasonable fee to be awarded for representation at the administrative level, *see* 42 U.S.C. § 406(a), as well as representation before the Court, *see* 42 U.S.C. § 406(b). *See Culbertson v. Berryhill*, 139 S. Ct. 517, 520 (2019) (quoting *Gisbrecht v. Barnhart*, 535 U.S. 789, 794 (2002)). Under section 406(b), a court may award up to 25% of past due benefits to which the claimant is entitled by reason of a judgment rendered in favor of the claimant. *See* 42 U.S.C. § 406(b)(1). This twenty-five percent cap applies only to fees for court representation and not to the aggregate fees awarded under Sections 406(a) and 406(b). *Culbertson*, 139 S. Ct. at 523. However, an award of EAJA fees under 42 U.S.C. § 2412 offsets an award under § 406(b). *Gisbrecht*, 535 U.S. at 796.

Plaintiff agreed to pay counsel a maximum of 25% of all past-due benefits awarded, with any EAJA fee award and any administrative fee paid by the Social Security Agency to be deducted from a Section 406(b) award. Plaintiff now requests that the Court approve fees to be paid to the attorney in the amount of $12,977.50, representing 25% of the past due benefits awarded to Plaintiff, and the Commissioner does not object nor consent to the request. The Court finds this fee reasonable for the 46.3 hours of legal work spent in this matter by counsel for Plaintiff.

Accordingly, the Court hereby **RECOMMENDS** that the District Court **GRANT** the Motion for Approval of Attorney Fees Under 42 U.S.C. § 406(b) [DE 255] and **AWARD** Plaintiff's counsel a total of $12,977.50, in attorney fees pursuant to §406(b)(1) of the Social Security Act, with payment by the Commissioner in the amount of $12,977.50, be made directly to Jennifer L. Fisher in accordance with the fee agreement signed by Plaintiff and counsel **DIRECTED** to promptly refund to Plaintiff the EAJA funds in the amount of $8,700.00.

This Report and Recommendation is submitted pursuant to 28 U.S.C. § 636(b)(1)(C). Pursuant to 28 U.S.C. § 636(b)(1), the parties shall have fourteen (14) days after being served with

a copy of this Recommendation to file written objections thereto with the Clerk of Court. The failure to file a timely objection will result in waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. *Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *The Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-261 (7th Cir. 1989); *Lebovitz v. Miller*, 856 F.2d 902, 905 n.2 (7th Cir. 1988).

    SO ORDERED this 4th day of December, 2020.

                                                    s/ John E. Martin_____  
                                                    MAGISTRATE JUDGE JOHN E. MARTIN  
                                                    UNITED STATES DISTRICT COURT

cc:    All counsel of record