# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| REBECCA MEIER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 3:18-CV-812-HAB ) |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The United States Magistrate Judge's Report and Recommendation (ECF No. 28) was issued December 4, 2020, and the 14-day window within to object has passed with no objections filed.

ACCORDINGLY: Upon careful consideration of the Magistrate Judge's Report and Recommendation and the lack of objections thereto, the Report and Recommendation (ECF No. 28) is ACCEPTED AND ADOPTED.

Plaintiff's Motion for Approval of Attorney Fees Under 42 U.S.C. § 406(b) is GRANTED. Plaintiff's counsel is awarded attorney fees in the amount of $12,977.50 pursuant to 42 U.S.C. § 406(b)(1), with payment made directly to counsel in accordance with the fee agreement signed by Plaintiff. Upon receipt of the attorney fee payment, counsel is DIRECTED to promptly refund to Plaintiff the fees awarded under the Equal Access to Justice Act, which fees totaled $8,700.00

SO ORDERED on January 5, 2021.

                                                    s/ Holly A. Brady
                                                    JUDGE HOLLY A. BRADY
                                                    UNITED STATES DISTRICT COURT